IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BRITTANY BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  3:17-CV-472-WKW |
| | ) | |
| AUBURN BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of Plaintiff Brittany Baker and AuburnBank's joint Stipulation of Dismissal (Doc. # 19),[1] which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 8th day of November, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendant's legal name is "AuburnBank," not "Auburn Bank."  (*See* Doc. # 9, at 1 n.1).